

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 14, 2023

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Hong Ru Lin, a/k/a "Bruce," and Kena Zhao, a/k/a "Angela," No. 23 Cr. 469***

Dear Judge McCarthy:

    The Government writes respectfully to request that the Court unseal the Indictment, No. 23 Cr. 469, and related arrest warrants in the above-referenced case, as the defendants have been arrested.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: \_\_\_/s/_____
    Ryan W. Allison / Lindsey Keenan
    Assistant United States Attorney
    Southern District of New York
    (914) 993-1953 / (212) 637-1565

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy      9-14-2023