**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 14, 2024

## BY ECF AND EMAIL

The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

### Re: *United States* v. *Hong Ru Lin and Kena Zhao*, 23 Cr. 469 (KMK)

Dear Judge Karas:

The Government writes respectfully to request that the Court adjourn the next conference in this matter, which is scheduled for February 21, 2024, at 11:30 a.m., for approximately sixty days. Since the last adjournment request in this case, the Government has produced most of the Rule 16 discovery and engaged the defendants in further discussions regarding a potential pretrial resolution. The additional time requested will allow the Government time to produce the balance of Rule 16 discovery, the defendants to review the discovery, and the parties to continue their discussions regarding pretrial resolutions. Counsel for the defendants consent to this request.

Should the Court grant the adjournment, the Government further respectfully requests, without objection from the defendants, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from February 21, 2024, through the date of the next scheduled conference to allow defense counsel time to review the discovery and consult with the defendants, and to allow the parties to continue plea discussions. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and the defendants in a speedy trial.

Granted. The conference is adjourned to 4/ 24 /24, at 10:30 Time is excluded until then, in the interests of justice, to allow the Government to complete discovery production and for the Parties to discuss a possible resolution of the case. The interests of justice from this exclusion outweigh Defendants' and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

2/14/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:

Ryan W. Allison
Jamie E. Bagliebter
Assistant United States Attorneys
(212) 637-2474 / -2236

cc:   Robert Schechter, Esq. (by ECF and Email)
      James Roth, Esq. (by ECF and Email)