UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HONG RU LIN AND KENA ZHAO,

Defendants.

No. 23-CR-469 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

At a Conference held before the Court on May 30, 2024, the Court adopted the following briefing schedule:

Defendants' motions, if any, are due July 31, 2024. The Government's response is due August 21, 2024, and Defendants' replies are due September 18, 2024.

SO ORDERED.

Dated:  June 4, 2024
        White Plains, New York

KENNETH M. KARAS
United States District Judge