UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

HONG RU LIN,

                     Defendant.
------------------------------------------------------------X

**MEMORANDUM**

23 Cr. 469 (KMK)

TO:   KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

      Please find attached a transcript of the August 22, 2024, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: September 9, 2024
       White Plains, New York

                                          Respectfully submitted,

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge

September 9, 2024

    This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge