# TILEM & ASSOCIATES, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833 9788
www.tilemlawfirm.com

**Partners**
Peter H. Tilem, Esq.*
**Associates**
Cindy N. Brown, Esq.#
Robert M. Schechter, Esq.♦
Nicole D. Walker, Esq.#
**Of Counsel**
Jasmine Hernandez, Esq.#

\# Admitted in NY
\* Admitted in NY & CT
♦ Admitted in NY, DC & US Tax Court

November 4, 2024

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:  United States v. Hong Ru Lin, 23 Cr. 469 (KMK)

Dear Judge Karas:

As Your Honor is aware, the Firm of the undersigned represents Defendant HONG RU LIN. We respectfully request that the court modify the bail conditions of both codefendants (**LIN** and **ZHAO**) to remove the condition that they post their home as security. The sale of the home is going to be used to help satisfy the judgment. The government is aware that the Defendants have a potential buyer.

I have spoken with AUSA Ryan Allison, and he indicates he will put in a subsequent letter setting forth the Governments position.

In light of the Government's consent, the request is granted.

So Ordered.
11/5/24

Sincerely
Robert M. Schechter, Esq.

cc: *All Parties via ECF*

1