UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA

    -v.-

HONG RU LIN,
    a/k/a, "Bruce,"

           Defendant.

------------------------------------- X

**FINAL ORDER OF FORFEITURE**

23 Cr. 469 (KMK)

WHEREAS, on or about August 26, 2024, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 36), which ordered the forfeiture to the United States of all right, title and interest of HONG RU LIN (the "Defendant") in the following property:

    a. $16,276.34 in United States currency seized by the Government on or about October 24, 2023, from Citibank account number ending in 5236, held in the name of "Spa Ever Inc.";

    b. $663.84 in United States currency seized by the Government on or about October 2, 2023, from JPMorgan Chase account number ending in 1868, held in the name of "Perfect Spa Inc."

    c. $820.50 in United States currency seized by the Government on or about October 3, 2023, from Royal Business Bank account number ending in 3493, held in the name of "Spa Haven Inc.";

    d. $322.77 in United States currency seized by the Government on or about October 3, 2023, from Royal Business Bank account number ending in 3451, held in the name of "Emperor Spa Inc.";

    e. $1,172.39 in United States currency seized by the Government on or about October 18, 2023, from Cathay Bank account number ending in 8109, held in the name of "Emperor Spa 318 Inc."; and

    f. $760.79 in United States currency seized by the Government on or about September 26, 2023, from Shinhan Bank America account number ending in 2701, held in the name of "Perfect Spa I, Inc.";

g.  $4,155.00 in United States currency seized by the Government on or about September 14, 2023, from Emperor Spa, located at 318 Lexington Avenue, Unit 2F, New York, NY 10016;

h.  $8,413.00 in United States currency seized by the Government on or about September 14, 2023, from Emperor Spa, located at 565 Route 6, Mahopac, NY 10541;

i.  $640.00 in United States currency seized by the Government on or about September 14, 2023, from Perfect Spa, located at 24 Crisfield Street, Yonkers, NY 10710;

j.  $69,436.00 in United States currency seized by the Government on or about September 14, 2023, from Peekskill Hollow Road, Putnam Valley, NY 10579;

(a. through j., collectively, the "Subject Property");

k.  The following items seized by the Government on or about September 18, 2023, from safety deposit box 1109 at the Bank of China, 42-35 Main Street, Flushing, NY 11355:

    i.  $34,975.00 in United States currency (the "Seized Currency");

    ii.  Silver bars emblazoned with plants and Chinese characters (the "Silver Bar");

    iii.  Metallic chopsticks (the "Chopsticks");

    iv.  A silver Lukfook box containing gold and silver rings (the "Rings");

    v.  A silver Lukfook box containing a gold and brown necklace (the "Brown Necklace");

    vi.  Gold box with two gold bracelets (the "Bracelets"); and

    vii.  Black box with a gold necklace (the "Gold Necklace");

WHEREAS, the Silver Bar is more particularly described as a 500 gram silver bar (16.075 oz.)(the "Revised Silver Bar");

2

WHEREAS, the Chopsticks are more particularly described as eight (8) pairs (16 pcs) of .999 fine silver Chop Stix (1 oz ea)(the "Revised Chopsticks);

WHEREAS, the Rings are more particularly described as follows:

    a.  24K gold ring, 3.6 DWT;

    b.  24K gold ring, 1.6 DWT;

    c.  24K gold ring, 3.7 DWT;

    d.  Platinum ring with ~.10pt round full cut diamonds, 2.2DWT;

    e.  24K gold ring, 6.5 DWT;

    f.  24K gold ring, 3.8 DWT;

    g.  24K gold ring, 1.9 DWT;

    h.  24K gold ring, 2.7 DWT;

    i.  24K gold ring, 1.9 DWT;

(a. through i., collectively, the "Revised Rings)

WHEREAS, the Brown Necklace is more particularly described as a strand of Amber beads (the "Revised Brown Necklace");

WHEREAS, the Bracelets are more particularly described as one 20.5 DWT bangle bracelet and one 20.4 DWT bangle bracelet (together, the "Revised Bracelets");

WHEREAS, the Gold Necklace is more particilarly described as one 24K gold choker necklace with 5 graduating flowers totaling 42.6 DWT (together with the Seized Currency, the Revised Silver Bar, the Revised Chopsticks, the Revised Rings, the Revised Brown Necklace, and the Subject Property, the "Specific Property");

3

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 15, 2025 for thirty (30) consecutive days, through June 13, 2025 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on September 17, 2025 (D.E. 60);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.    The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: White Plains, New York
        March 26, 2026    , 2025

SO ORDERED:

_____
HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

5