Case 7:23-cr-00469-KMK Document 68 Filed 11/12/26 Page 1 of 1

Tilem & Associates, PC

188 East Post Road – Suite 300
White Plains, NY 10601
914-833-9785
Fax: 914-833-9788
www.tilemlawfirm.com

Partners
Peter H. Tilem, Esq. •
Associates
Cindy N. Brown, Esq. #
Robert M. Schechter, Esq. ♠

• Admitted in NY & CT
# Admitted in NY
♠ Admitted in NY, DC & US Tax Courte

November 12, 2026

***VIA ECF***
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re: UNITED STATES v. KENA ZHAO 23 CR. 469 (KMK)**
**HONG RU LIN, 23 CR. 469 (KMK)**

Dear Judge Karas:

With the consent of the United States Attorney's Office, we are requesting that the two passports that were surrendered be allowed to be returned to Mr. Lin and Ms. Zhao.

Viosanny Harrison of US Pretrial Services will return the passports to Mr. Lin on behalf of Ms. Zhao, but they need Court permission before they release these passports.

Granted.

So Ordered.

11/13/26

Sincerely,

*/s/ Robert Matthew Schechter, Esq.*

Robert M. Schechter, Esq.

*cc: all parties via ecf*